

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-9-1999

# Concerned Citizens v. Slater

Precedential or Non-Precedential:

Docket 98-7462

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"Concerned Citizens v. Slater" (1999). *1999 Decisions.* Paper 152.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/152

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 98-7462

Concerned Citizens Alliance v. Slater

     The following modifications have been made to the Court's
Opinion issued on May 14, 1999, to the above-entitled appeal and
will appear as part of the final version of the opinion:


   1.  On page 11, line 6, replace the word "Under"
       with the word "In."

   2.  On page 19, under subparagraph 2, line 10, replace
       420% with 76%.

   3.  On page 23, footnote 10, line 10, delete the first
       word "at."

   4.  On page 32, first full paragraph, line 7, replace
       Id. with 772 F.2d.



                         Very truly yours,


                         /s/ P. Douglas Sisk,
                             Clerk


Dated: June 9, 1999